JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HECTOR NAVARRO, an individual;

Plaintiff,

v.

THE SHERWIN-WILLIAMS COMPANY; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:13-cv-01261-VAP-SP

**ORDER RE DISMISSAL**

*Complaint Filed: 5/02/13*
*Trial Date: N/A*
*The Hon. Virginia A. Phillips Presiding*

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

The Court having reviewed the Stipulation for Dismissal filed in the above-captioned case, it is hereby ordered:

1. The action is to be dismissed with prejudice as to all Defendants.

SO ORDERED.

Dated: February 25, 2014

Virginia A. Phillips

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308